| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

| Brian Supenia | Court File Number |
|---|---|
| Plaintiff, | 0:21-cv-01062 |
| v. | |
| Syngenta Crop Protection, LLC, et al. | **AFFIDAVIT OF SERVICE** |
| Defendant, | |

State of Delaware   )
                    }  SS
County of New Castle )

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &

Complaint upon Syngenta Crop Protection, LLC, therein named, personally at Corporation Trust

Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren,

Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta

Crop Protection, LLC, expressly authorized to accept service of process for same, a true and

correct copy thereof.


I declare under penalty of perjury that this information is true.


Dated: ___5_/_3__/2021          
                                _____
                                Denorris Brit


---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 252530 1850

Re: 6146-001 (Supenia)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

UNITED STATES DISTRICT COURT                                          DISTRICT OF MINNESOTA

Brian Supenia                                                         Court File Number
                            Plaintiff,                                   0:21-cv-01062

v.
                                                                     **AFFIDAVIT OF SERVICE**

Syngenta Crop Protection, LLC, et al.
                            Defendant,

State of Delaware    )
                     ) SS
County of New Castle )

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &

Complaint upon Syngenta AG, therein named, personally at Corporation Trust Company, 1209

Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of

Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta AG,

expressly authorized to accept service of process for same, a true and correct copy thereof.


I declare under penalty of perjury that this information is true.

                    Dated: ___5_/_3__/2021      _____
                                                Denorris Brit


---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252531 1851

Re: 6146-001 (Supenia)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

UNITED STATES DISTRICT COURT                                                                 DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Supenia | Court File Number |
| Plaintiff, | 0:21-cv-01062 |
| v. | |
| Syngenta Crop Protection, LLC, et al. | **AFFIDAVIT OF SERVICE** |
| Defendant, | |

State of Delaware    } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &

Complaint upon Syngenta Seeds, LLC, therein named, personally at Corporation Trust Company,

1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service

of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Seeds,

LLC, expressly authorized to accept service of process for same, a true and correct copy

thereof.

I declare under penalty of perjury that this information is true.

Dated: ____5̅/_3_/2021           _____
                                           Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252532 1852

Re: 6146-001 (Supenia)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Brian Supenia
                    Plaintiff,

v.

Syngenta Crop Protection, LLC, et al.
                    Defendant,

Court File Number
0:21-cv-01062

**AFFIDAVIT OF SERVICE**

State of Delaware  }  SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons &

Complaint upon Chevron Phillips Chemical Company LP, therein named, personally at Corporation

Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy

McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for

Chevron Phillips Chemical Company LP, expressly authorized to accept service of process for

same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: _5_/_3_/2021    
                        Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 252533 1853

Re: 6146-001 (Supenia)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

UNITED STATES DISTRICT COURT                                           DISTRICT OF MINNESOTA

Brian Supenia                                                          Court File Number
                              Plaintiff,                               0:21-cv-01062

v.
                                                                       **AFFIDAVIT OF SERVICE**
Syngenta Crop Protection, LLC, et al.
                              Defendant,

State of Pennsylvania  } SS
County of Cumberland   }

I, __Michelle Guyton__, state that on
        (Name of Server)

__5__ /__3__ /2021 at __11__ : __43 A__ M, I served the:
(Date of Service)        (Time of Service)

    Summons & Complaint

upon: Chevron U.S.A., Inc.

therein named, personally at:    Corporation Service Company
                                 2595 Interstate Drive, Suite 103
                                 Harrisburg, PA 17110

by handing to and leaving with:

__Dave Bulakowski_____ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Chevron U.S.A., Inc., expressly
authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                    Dated: __5__ /__5__ /2021    _____
                                                   (Signature of Server)

                                                 _Michelle Guyton_____
                                                   (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252534 1854

Re: 6146-001 (Supenia)

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-