UNTIED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BILLY ELMORE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>　　　　Defendants. | Court File No. 21-cv-01061 (NEB/ECW) |
| BRIAN SUPENIA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>　　　　Defendants. | Court File No. 21-cv-01062 (PJS/ECW) |
| DAVID GAMWELL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>　　　　Defendants. | Court File No. 21-cv-01063 (SRN/KMM) |

| | |
|---|---|
| MARY TROWER,<br><br>      Plaintiffs,<br><br> v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>      Defendants. | Court File No. 21-cv-01064 (WMW/BRT) |
| MATTHEW McDONALD,<br><br>      Plaintiffs,<br><br> v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>      Defendants. | Court File No. 21-cv-01065 (MJD/TNL) |
| PAUL KIRK,<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>      Defendants. | Court File No. 21-cv-01066 (PJS/DTS) |

| | |
|---|---|
| ROBERT RICHMOND,<br><br>  Plaintiffs,<br><br> v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>  Defendants. | Court File No. 21-cv-01067 (NEB/TNL) |
| WILLIAM McDONALD,<br><br>  Plaintiffs,<br><br> v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>Defendants. | Court File No. 21-cv-01068 (ECT/DTS) |
| MARVIN CATES,<br><br>  Plaintiffs,<br><br> v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>Defendants. | Court File No. 21-cv-01106 (JRT/KMM) |

| | |
|---|---|
| JOAN PILGREEN,<br><br>  Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>  Defendants. | Court File No. 21-cv-01107 (DWF/HB) |
| MICKEY SELF,<br><br>  Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>  Defendants. | Court File No. 21-cv-01108 (DSD/KMM) |
| HAROLD WEST,<br><br>  Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>  Defendants. | Court File No. 21-cv-01109 (DSD/ECW) |

| | |
|---|---|
| DON FIRMIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>Defendants. | Court File No. 21-cv-01110 (JRT/BRT) |
| AUDIE GADDIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>Defendants. | Court File No. 21-cv-01111 (NEB/DTS) |
| BONNIE SMITH,<br><br>    Plaintiffs,<br><br>  v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>Defendants. | Court File No. 21-cv-01112 (JRT/HB) |

| | |
|---|---|
| JOE WILSON,<br><br>            Plaintiffs,<br><br> v.<br><br>SYNGENTA CROP PROTECTION, LLC., SYNGENTA AG, SYNGENTA SEEDS, LLC, CHEVRON U.S.A., INC., and CHEVRON PHILLIPS CHEMICAL COMPANY LP,<br><br>Defendants. | Court File No. 21-cv-01113 (SRN/HB) |

## [PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE

This matter comes before the Court on Plaintiffs' Motion to Consolidate. Based upon the files, records, and proceedings herein, Plaintiffs' Motion is **GRANTED.**

It is hereby **ORDERED** that:

These cases shall be consolidated in front of the Honorable _____.

Dated: May 7, 2021          Respectfully submitted,

 s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

*Attorneys for Plaintiffs*